**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

CHRISTOPHER D. ELLIOTT
ADC # 510670                                                                          PLAINTIFF

V.                                            1:10-cv-00001-JJM-JJV

LARRY NORRIS, Director, Arkansas
Department of Correction, *et al.*                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Plaintiff is required to file an Amended Complaint, within thirty (30) days of the entry date of the partial recommended disposition, setting forth the specifically-requested information;

2.       Plaintiff's claims of excessive force are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

DATED this __8__ day of March, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE