**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER D. ELLIOTT,<br>ADC # 510670 | PLAINTIFF |
| V.   1:10-cv-00001-JMM-JJV | |
| LARRY NORRIS, Director, Arkansas<br>Department of Correction, *et al.* | DEFENDANTS |

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this  25  day of June, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE